IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JUDGMENT IN A CIVIL CASE

TRACY HAGYE and
ASHLYN PENICK,

      Plaintiffs,

                              CASE NUMBER: 1:20-cv-01196-JDB-jay

v.

SERVALL, LLC,

      Defendant.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order Administratively Closing Case entered in the above-styled matter on July 15, 2021, this matter is DISMISSED WITH PREJUDICE.

    **IT IS SO ORDERED** this 17th day of August 2021.

**APPROVED:**

                                        **s/ J. DANIEL BREEN**
                                        **UNITED STATES DISTRICT JUDGE**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**