# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| TRACY HAGYE and ASHLYN PENICK, Individually and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>SERVALL, LLC )<br><br>Defendant. ) | Dkt. No. **1:20-cv-1196**<br>**JURY TRIAL DEMANDED**<br><br>**FLSA COLLECTIVE ACTION** |

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT

Come now the Parties in the above captioned action, jointly, and respectfully request this Court grant their Joint Motion for Approval of Class Settlement. A proposed Agreed Order has been submitted to the Court and a Memorandum in support is filed contemporaneously herewith.

Respectfully submitted,

**WEINMAN & ASSOCIATES**

s/Michael L. Weinman
**MICHAEL L. WEINMAN, BPR #015074**
101 North Highland Avenue
PO Box 266
Jackson, TN 38302
Email: mike@weinmanthomas.com

LONG LAW FIRM, PLLC
Thomas J. Long, Esq. #15533
350 Poplar View Parkway, Ste. 1
Collierville, Tennessee 38017
Telephone: 901-861-0098
Email: Thomasjlong@hotmail.com

          **SPRAGINS, BARNETT & COBB, PLC**

         <u>s/Charles H. Barnett, IV</u>
         Charles H. Barnett, IV – 037107
         Charles H. Barnett, III – 008721
         Lewis L. Cobb – 005369
         P.O. Box 2004
         Jackson, TN 38302-2004
         731-424-0461
         lewiscobb@spraginslaw.com
         cbarnett@spraginslaw.com
         chb4@spraginslaw.com

         **<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on this 28th day of December, 2021, the foregoing pleading (Joint Motion for Approval of Settlement) was filed with the Clerk of the Court, and served on all parties of record, by using the CM/ECF system.

         <u>s/ Michael L. Weinman</u>
         Michael L. Weinman