IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TRACY HAGYE and ASHLYN PENICK, Individually and on behalf of all others similarly situated, </br></br>Plaintiffs,</br></br>v.</br></br>SERVALL, LLC,</br></br>Defendant. | )</br>)</br>)</br>)</br>)</br>)</br>)     No. 1:20-cv-01196-JDB-jay</br>)</br>)</br>)</br>) |

AGREED ORDER APPROVING MEDIATED SETTLEMENT AGREEMENT, PLAINTIFFS COUNSEL'S ATTORNEYS' FEES AND DISMISSING CASE WITH PREJUDICE

This matter recently came before the Court at the request of the parties, and for good cause shown, it enters the following order:

The parties have entered into a settlement agreement to resolve the action, subject to the Court's approval, according to the terms and conditions set forth in their separate Settlement Agreement which was submitted for review. At the request of the parties, this matter is before the Court for final approval of the Settlement Agreement and dismissal of this action with prejudice.

The Court has reviewed the pleadings in the case, including the parties' motion for approval of settlement and the Settlement Agreement and the representations and authority set out therein. It finds the parties have satisfied the standards for final approval of a collective action settlement under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* The Court finds that the terms of the Settlement Agreement are fair, reasonable, and adequate. The Settlement Agreement was negotiated at arm's length following a mediation with Mr. John D. Burleson and Plaintiff's counsel

has certified that the Settlement Agreement is in the Plaintiff's best interest. Furthermore, the Court finds that the attorneys' fees claimed by Plaintiff's counsel are fair and reasonable.

It is, therefore, ORDERED that the parties' Settlement Agreement is approved, Plaintiffs' counsel's attorneys' fees as set out in the Settlement Agreement are approved and this matter is dismissed with prejudice.

IT IS SO ORDERED this 29th day of December 2021.

                                      s/ J. DANIEL BREEN
                                      UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

s/Michael L. Weinman
Michael L. Weinman (#015074)
101 N. Highland Ave.
P.O. Box 266
Jackson, TN 38302
Telephone: 731-423-5565
Facsimile: 731-423-5372
Email: mike@weinmanthomas.com

LONG LAW FIRM, PLLC
Thomas J. Long, Esq. #15533
350 Poplar View Parkway, Ste. 1
Collierville, Tennessee 38017
Telephone: 901-861-0098
Email: Thomasjlong@hotmail.com

*ATTORNEYS FOR PLAINTIFFS AND CLASS MEMBERS*

        SPRAGINS, BARNETT & COBB, PLC

        s/Charles H. Barnett, IV\_\_\_\_\_
        Charles H. Barnett, IV – 037107
        Charles H. Barnett, III – 008721
        Lewis L. Cobb – 005369
        P.O. Box 2004
        Jackson, TN 38302-2004
        731-424-0461
        lewiscobb@spraginslaw.com
        cbarnett@spraginslaw.com
        chb4@spraginslaw.com

        *ATTORNEYS FOR DEFENDANTS*